# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>2138 Rayburn House Office Building<br>Washington, D.C. 20515,<br><br>    *Plaintiff*,<br><br>  v.<br><br>ELVIS CHAN, in his official capacity as Assistant Special Agent of the Federal Bureau of Investigation,<br><br>450 Golden Gate Ave.<br>San Francisco, CA 94102,<br><br>    *Defendant*. | Case No. 1:24-cv-344 |

# Exhibit C

JIM JORDAN, Ohio
CHAIRMAN

JERROLD NADLER, New York
RANKING MEMBER

ONE HUNDRED EIGHTEENTH CONGRESS

# Congress of the United States
## House of Representatives
COMMITTEE ON THE JUDICIARY
2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6216
(202) 225-6906
judiciary.house.gov

August 15, 2023

Mr. Ed Bice
Chief Executive Officer
Meedan
575 Market St. 4th Floor,
San Francisco, CA 94105

Dear Mr. Bice:

The Committee on the Judiciary is conducting oversight of how and to what extent the Executive Branch has coerced and colluded with companies and other intermediaries to censor speech.[1] Certain third parties, including organizations like yours, may have played a role in this censorship regime by using federal funds to develop tools and techniques designed to augment censorship.[2] Whether directly or indirectly, a government-approved or -facilitated censorship regime poses a grave threat to the First Amendment and American civil liberties. Accordingly, as part of the Committee's constitutional oversight obligations, we write to request relevant information and documents.

Co·Insights, a Meedan program, is described as "a convergence of computational social science and ethnographic inquiry with a unique platform that enables community, factchecking, and academic organizations to work together to respond effectively to misinformation targeting Asian-American and Pacific Islander (AAPI) communities."[3] Essentially, Co·Insights "[a]llow[s] AAPI community members to forward harmful content to tiplines and discover relevant context-explainers, fact-checks, media literacy materials, and other misinformation interventions."[4]

Public information shows that, since 2021, the National Science Foundation (NSF) has awarded Co·Insights two grants worth a combined total of $5.75 million.[5] This grant program is

---

[1] *See* Ryan Tracy, *Facebook Bowed to White House Pressure, Removed Covid Posts*, WALL ST. J. (July 28, 2023); Rep. Jim Jordan (@Jim_Jordan), TWITTER (July 27, 2023, 12:03 PM), https://twitter.com/Jim_Jordan/status/1684595375875760128.
[2] Mike Benz, *The National Science Foundation's "Convergence Accelerator Track F" Is Funding Domestic Censorship Superweapons*, FOUND. FOR FREEDOM ONLINE (Jan. 29, 2023).
[3] NAT'L SCI. FOUND., NSF'S CONVERGENCE ACCELERATOR: 2022 PORTFOLIO GUIDE 100 (2022).
[4] *Id.*
[5] *Co·Insights wins $5m from the National Science Foundation*, MEEDAN (Oct. 17, 2022), https://meedan.com/post/co-insights-wins-5m-from-the-national-science-foundation; *FACT CHAMP: New project to*

Mr. Ed Bice
August 15, 2023
Page 2

"very similar" to efforts by other federal agencies to use grants to outsource censorship to third parties.[6] Although the use of federal funding to develop censorship tools is not a new tactic for the NSF—in 2011, the NSF awarded over $900,000 to fund a "web service" designed to "mitigate the diffusion of false and misleading ideas"[7]—such funding has increased exponentially over the past few years.[8] The entanglement of Executive Branch agencies, third-party organizations, and technology companies to moderate speech-related content online raises questions about the extent to which these actions affected the civil liberties of American citizens.

Congress has an important interest in protecting and advancing fundamental free speech principles. To develop effective legislation, such as the possible enactment of new statutory limits on the Executive Branch's ability to work with technology companies to restrict the circulation of content and deplatform users, or amending liability protections for companies that create or disseminate censorship tools,[9] the Committee on the Judiciary must first understand how and to what extent the Executive Branch coerced and colluded with companies and other intermediaries to censor speech. As the Committee continues to examine how to best protect Americans' fundamental freedoms and to assist the Committee in its oversight, we ask that you please provide the following documents and information:

1. All documents and communications, from January 1, 2020 to the present, between or among any employee, contractor, or agent of your organization and the Executive Branch of the United States Government referring or relating to the moderation, deletion, suppression, restriction, demonetization, or reduced circulation of content; the accuracy or trust of content; or the attribution of content to the source or participant in a foreign malign or state-sponsored influence operation.

2. All documents and communications, from January 1, 2020 to the present, between or among any employee, contractor, or agent of your organization and any technology company, including social media companies, referring or relating to the moderation, deletion, suppression, restriction, demonetization, or reduced circulation of content; the accuracy or trust of content; or the attribution of content to the source or participant in a foreign malign or state-sponsored influence operation.

3. A list of employees, contractors, or agents of your organization, along with their current and prior titles, who, from January 1, 2020 to the present, have communicated with the

---

*increase collaboration between fact-checkers, academics, and community leaders to counter misinformation online*, MEEDAN (Sept. 27, 2021), https://meedan.com/post/fact-champ-launch. In June 2022, FACT CHAMP was renamed as Co·Insights.

[6] Jonathan Turley, *Combating "Skepticism": Federal Grant Funds New Effort to Combat "Misinformation,"* RES IPSA LOQUITOR (Mar. 22, 2023), https://jonathanturley.org/2023/03/22/combatting-skepticism-federal-grant-funds-new-effort-to-combat-misinformation/.

[7] *Award Abstract # 1101743*, NAT'L SCI. FOUND., https://www.nsf.gov/awardsearch/showAward?AWD_ID=1101743 (last visited Aug. 7, 2023). *See also* Robby Soave, *Your Tax Dollars Are Funding a Database of Political Tweets, 'Misinformation,'* REASON (Aug. 25, 2014).

[8] *See* Benz, *supra* note 2; Mike Benz, *Biden's National Science Foundation Has Pumped Nearly $40 Million Into Social Media Censorship Grants and Contracts*, FOUND. FOR FREEDOM ONLINE (Nov. 22, 2022).

[9] *See* 47 U.S.C. § 230(c)(2)(B).

Mr. Ed Bice
August 15, 2023
Page 3

      Executive Branch of the United States Government regarding the moderation, deletion, suppression, restriction, demonetization, or reduced circulation of content; the accuracy or trust of content; or the attribution of content to the source or participant in a foreign malign or state-sponsored influence operation.

4. A list of employees, contractors, or agents for your organization, along with their current and prior titles, who, from January 1, 2020 to the present, have communicated with any technology company, including social media companies, regarding the moderation, deletion, suppression, restriction, demonetization, or reduced circulation of content; the accuracy or trust of content; or the attribution of content to the source or participant in a foreign malign or state-sponsored influence operation.

5. A list of all grants, contracts, or any funds received by Meedan, from January 1, 2020 to the present, from the United States Government, as well as any documents and communications that reflects those grants, contracts, or funds, related to your organization's efforts concerning the moderation, deletion, suppression, restriction, demonetization, or reduced circulation of content; the accuracy or trust of content; or the attribution of content to the source or participant in a foreign malign or state-sponsored influence operation.

      Please produce all documents and information as soon as possible but not later than 5:00 p.m. on August 29, 2023. In addition, please treat these discovery obligations as ongoing and applicable to any information generated after receipt of this letter.

      Furthermore, this letter serves as a formal request to preserve all existing and future records and materials relating to the topics addressed in this letter. You should construe this preservation notice as an instruction to take all reasonable steps to prevent the destruction or alteration, whether intentionally or negligently, of all documents, communications, and other information, including electronic information and metadata, that are or may be responsive to this congressional inquiry. This instruction includes all electronic messages sent using your official and personal accounts or devices, including records created using text messages, phone-based message applications, or encryption software.

      Pursuant to the Rules of the House of Representatives, the Committee on the Judiciary has jurisdiction to conduct oversight of matters concerning "civil liberties" to inform potential legislative reforms.[10] In addition, H. Res. 12 authorized the Committee's Select Subcommittee on the Weaponization of the Federal Government to investigate "issues related to the violation of the civil liberties of citizens of the United States."[11]

---

[10] Rules of the House of Representatives R. X (2023).
[11] H. Res. 12 § 1(b)(1).

Mr. Ed Bice
August 15, 2023
Page 4

      If you have any questions about this matter, please contact Committee staff at (202) 225-6906. Thank you for your prompt attention to this matter.

                Sincerely,

                Jim Jordan
                Chairman

cc:    The Honorable Jerrold L. Nadler, Ranking Member