IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>2138 Rayburn House Office Building<br>Washington, D.C. 20515,<br><br>   *Plaintiff*,<br><br> v.<br><br>ELVIS CHAN, in his official capacity as Assistant Special Agent of the Federal Bureau of Investigation,<br><br>450 Golden Gate Ave.<br>San Francisco, CA 94102,<br><br>   *Defendant*. | Case No. 1:24-cv-344 |

# Exhibit D



### Hack/Leak Investigation (AC/PRIV)

Encrypted   C#215252   Info Operations Investigation (i3)   Matt Richard   Unpublished   **High**   Created Oct 15, 2020   More

Overview   Timeline   Assets   Actions   Discussion   Files   Access Requests 1   Intelligence Notes   Providence   Searchlight

**Discussion**   Add Work Chat Thread   Activity & Comments



CONFIDENTIAL TREATMENT REQUESTED -
NOT FOR DISTRIBUTION - MEMBERS & STAFF ONLY

META-118HJC-0055259



I spoke with SSA Elvis Chan (FBI San Francisco) on 15 October 2020, as a follow up to the call with the Foreign Influence Task Force on 14 October. I asked SSA Chan whether there was any update or change since the discussion on 14 October 2020 as to whether the FBI saw any evidence suggesting foreign sponsorship or direction of the leak of information related to Hunter Biden as published in the New York Post story on 14 October. SSA Chan advised that he was up to speed on the current state of the matter within the FBI and that there was no current evidence to suggest any foreign connection or direction of the leak. SSA Chan assured that the FBI would be in contact if any additional information on this was developed through further investigation.

October 15, 2020 · Like · Reply

▇▇▇ subscribed ▇▇▇
October 15, 2020 · Like

▇▇▇ Here is where I will be working through the various hack/leak policy factors: https://fb.quip.com▇▇▇

October 15, 2020 · Like · Reply

CONFIDENTIAL TREATMENT REQUESTED -
NOT FOR DISTRIBUTION - MEMBERS & STAFF ONLY

META-118HJC-0055260



CONFIDENTIAL TREATMENT REQUESTED -
NOT FOR DISTRIBUTION - MEMBERS & STAFF ONLY