IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>2138 Rayburn House Office Building<br>Washington, D.C. 20515,<br><br>    *Plaintiff*,<br><br> v.<br><br>ELVIS CHAN, in his official capacity as Assistant Special Agent of the Federal Bureau of Investigation,<br><br>450 Golden Gate Ave.<br>San Francisco, CA 94102,<br><br>    *Defendant*. | Case No. 1:24-cv-344 |

# Exhibit F

**Castor, Stephen**

**From:** Castor, Stephen
**Sent:** Tuesday, January 31, 2023 11:51 AM
**To:** Megan Greer
**Cc:** Nabity, Caroline
**Subject:** Fwd: Interview of Jill Sanborn
**Attachments:** 2023.01.20-OUT-Jordan-HJC.pdf

Hi Megan

Rec'd your email below. This isn't exactly correct. Witnesses appearing for transcribed interviews can attend with personal or agency counsel, but not both. It's up to the witness.

Happy to discuss.

202-███████

Best Regards,

Steve

Begin forwarded message:

> **From:** Megan Greer <████████@fbi.gov>
> **Sent:** Monday, January 30, 2023 6:37 PM
> **To:** Nabity, Caroline <████████@mail.house.gov>
> **Cc:** ████████@usdoj.gov; ████████@usdoj.gov; Katherine Toth <████████@fbi.gov>
> **Subject:** Interview of Jill Sanborn

Caroline,

As outlined in the Department's letter to Chairman Jordan on January 20, 2023, which I am attaching here for reference, the Department's longstanding policy is for agency counsel to be present in the room for any congressional testimony or interviews where Department officials (current or former) are asked to discuss matters pertaining to their official work. As you know, this is not intended to constrain any whistleblower's ability to make protected disclosures to Congress, but rather is to ensure that Executive Branch equities are represented along with the interests of an individual witness.

1

We understand that the Committee intends to proceed with a voluntary, transcribed interview of FBI Former EAD Jill Sanborn and—contrary to past practice—the Committee intends to exclude agency counsel from the interview. Ms. Sanborn's personal counsel has advised that she does not object to the participation of agency counsel in the interview, and she has not waived her opportunity to have agency counsel present.

The FBI objects to the Committee's apparent decision to exclude agency counsel from the interview. Accordingly, I respectfully request that the FBI's objection to the Committee's inappropriate exclusion of agency counsel be included in any official record of the interview.

Regards,

Megan

**Megan L. Greer**

*Acting Unit Chief & Assistant General Counsel*

Congressional Oversight & Investigations Unit

Federal Bureau of Investigation

2