**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>2138 Rayburn House Office Building<br>Washington, D.C. 20515,<br><br>        *Plaintiff*,<br><br>    v.<br><br>ELVIS CHAN, in his official capacity as Assistant Special Agent of the Federal Bureau of Investigation,<br><br>450 Golden Gate Ave.<br>San Francisco, CA 94102,<br><br>        *Defendant*. | Case No. 1:24-cv-344 |

# Exhibit H

# Nabity, Caroline

| | |
|---|---|
| **From:** | Nabity, Caroline |
| **Sent:** | Thursday, August 17, 2023 1:08 PM |
| **To:** | Ferguson, Betsy; Megan Greer |
| **Cc:** | Mary Doocy; Castor, Stephen; Johanna Norman; ▮▮▮▮▮@usdoj.gov; ▮▮▮▮▮@usdoj.gov; Anna Uhls; Zaro, Luke |
| **Subject:** | RE: Transcript Review and Subpoena Follow-up |

Good afternoon,

Following up on September availability for Elvis Chan and Bradley Benavides. Please advise of dates so we can proceed with the interviews.

Caroline

---

**From:** Ferguson, Betsy <▮▮▮▮▮@mail.house.gov>
**Sent:** Tuesday, August 8, 2023 5:05 PM
**To:** Megan Greer <▮▮▮▮▮@fbi.gov>
**Cc:** Mary Doocy <▮▮▮▮▮@fbi.gov>; Castor, Stephen <▮▮▮▮▮@mail.house.gov>; Johanna Norman <▮▮▮▮▮@fbi.gov>; ▮▮▮▮▮@usdoj.gov; ▮▮▮▮▮@usdoj.gov; Anna Uhls <▮▮▮▮▮@fbi.gov>; Nabity, Caroline <▮▮▮▮▮@mail.house.gov>; Zaro, Luke <▮▮▮▮▮@mail.house.gov>
**Subject:** RE: Transcript Review and Subpoena Follow-up

Thanks for the call earlier today.

We wanted to follow up on scheduling Mr. Chan's transcribed interview. Please advise of Mr. Chan's availability in early September so we can proceed with his interview.

-Betsy

---

**From:** Ferguson, Betsy
**Sent:** Wednesday, July 5, 2023 12:22 PM
**To:** Megan Greer <▮▮▮▮▮@fbi.gov>
**Cc:** Mary Doocy <▮▮▮▮▮@fbi.gov>; Castor, Stephen <▮▮▮▮▮@mail.house.gov>; Johanna Norman <▮▮▮▮▮@fbi.gov>; ▮▮▮▮▮@usdoj.gov; ▮▮▮▮▮@usdoj.gov; Anna Uhls <▮▮▮▮▮@fbi.gov>; Nabity, Caroline <▮▮▮▮▮@mail.house.gov>
**Subject:** RE: Transcript Review and Subpoena Follow-up

Hello,

Following up on Mary's email from July 3. The Committee is available on 7/17 and 7/19 for the transcribed interviews of Ms. Dehmlow and Ms. Floris respectively. We will need to circle back on Mr. Benavides. Regarding Mr. Chan's transcribed interview, the Committee is aware of and has reviewed his deposition transcript. However, the Committee continues to have questions for Mr. Chan and the Members are eager to proceed with his interview.

As discussed on the call, as an accommodation to the FBI, the Committee is happy to accept a briefing regarding the Richmond internal review. However, that briefing and the timing of that briefing does not impact the Committee's request and prioritization of the interviews of SAC Meador and the Richmond CDC who signed off on the memo.

1

-Betsy

---

**From:** Nabity, Caroline <██████████@mail.house.gov>
**Sent:** Monday, June 26, 2023 5:46 PM
**To:** Megan Greer <██████@fbi.gov>
**Cc:** Ferguson, Betsy <██████████@mail.house.gov>; Mary Doocy <████████@fbi.gov>; Castor, Stephen <██████████@mail.house.gov>; Johanna Norman <████████@fbi.gov>; ████████@usdoj.gov; ████████████@usdoj.gov; Anna Uhls <██████@fbi.gov>
**Subject:** Re: Transcript Review and Subpoena Follow-up

Thank you for circulating a dial-in. We will talk to you tomorrow at 1pm.

> On Jun 26, 2023, at 5:32 PM, Megan Greer <████████@fbi.gov> wrote:
>
> Thanks, Caroline.  Yes, tomorrow at 1pm works for both FBI and DOJ.  Happy to circulate a dial-in if that's helpful.
>
> Best,
> Megan
>
> **From:** Nabity, Caroline <██████████@mail.house.gov>
> **Sent:** Monday, June 26, 2023 3:04 PM
> **To:** Greer, Megan Louise (OGC) (FBI) <████████@fbi.gov>; Ferguson, Betsy <██████████@mail.house.gov>; Doocy, Mary Gerrity (OGC) (FBI) <████████@fbi.gov>
> **Cc:** Castor, Stephen <██████████@mail.house.gov>; Norman, Johanna M. (OCA) (FBI) <████████@fbi.gov>; Zdeb, Sara (OLA) (JMD) <████████@usdoj.gov>; Hanson, Matthew B. (OLA) (JMD) <████████████@usdoj.gov>; Uhls, Anna Rachel (OGC) (FBI) <██████@fbi.gov>
> **Subject:** [EXTERNAL EMAIL] - RE: Transcript Review and Subpoena Follow-up
>
> Megan,
>
> Do you have availability for a call tomorrow? Anytime between 11am and 2pm works for us.
>
> Caroline
>
> **From:** Megan Greer <████████@fbi.gov>
> **Sent:** Monday, June 26, 2023 1:51 PM
> **To:** Nabity, Caroline <██████████@mail.house.gov>; Ferguson, Betsy <██████████@mail.house.gov>; Mary Doocy <████████@fbi.gov>
> **Cc:** Castor, Stephen <██████████@mail.house.gov>; Johanna Norman <████████@fbi.gov>; ████████@usdoj.gov; ████████████@usdoj.gov; Anna Uhls <██████@fbi.gov>
> **Subject:** RE: Transcript Review and Subpoena Follow-up
>
> Caroline,
>
> We're happy to look at other dates for Ms. Dehmlow.  She is currently available on July 7, if that might work for the Committee.  We're also prepared to make Ms. Floris available in the near term.  She has a fair amount of personal travel planned in July but would be available on August 3 or 4.

2

I also wanted to add that with respect to the Committee's request to interview Mr. Benavides, who is now a former official, he has requested to appear with agency counsel. We understand from your letter to Mr. Benavides that you would like to interview him regarding the August 2020 defensive briefing to Senators Grassley and Johnson. If you can let us know whether there are any other topics you wish to address with him, that would be helpful in facilitating his interview.

Finally, we anticipate being able to provide a briefing during August on the Richmond intelligence product, based on our current expectation that the ongoing internal inspection will be completed at that point. Once you've received the briefing, we'd be happy to discuss the best way to accommodate any remaining questions you have on the Richmond matter.

We remain committed to providing information to the Committee, even as we continue working on rolling responses to your various requests for documents and information, while expending significant resources to prepare the Director for his appearance before the Committee on July 12. That said, we wanted to raise some questions and considerations about the other individuals listed below, including around timing. Are you free for a call later this week to discuss?

Best regards,
Megan

---

**From:** Nabity, Caroline <██████████@mail.house.gov>
**Sent:** Friday, June 23, 2023 8:33 AM
**To:** Greer, Megan Louise (OGC) (FBI) <███████@fbi.gov>; Ferguson, Betsy <██████████@mail.house.gov>; Doocy, Mary Gerrity (OGC) (FBI) <███████@fbi.gov>
**Cc:** Castor, Stephen <██████████@mail.house.gov>; Norman, Johanna M. (OCA) (FBI) <████████@fbi.gov>; Zdeb, Sara (OLA) (JMD) <████████@usdoj.gov>; Hanson, Matthew B. (OLA) (JMD) <██████████@usdoj.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Transcript Review and Subpoena Follow-up

Good morning Megan,

The Committee is unable to accommodate Ms. Dehmlow on June 29. The Committee is prepared to proceed with the following schedule:

July 10: Richmond SAC Stanley Meador
July 11: Richmond Chief Division Counsel that signed off on the January 23 Domain Perspective
July 14: Laura Dehmlow
July 17: Elvis Chan
July 19: Brian Auten
July 21: Nikki Floris
July 24: Kevin Gounaud

We will send additional dates, after the FBI confirms these dates.

Thank you,
Caroline

**Caroline Nabity**
Chief Counsel for Oversight
Chairman Jim Jordan | Committee on the Judiciary
U.S. House of Representatives

(202) ██████

**From:** Megan Greer <██████@fbi.gov>
**Sent:** Thursday, June 22, 2023 1:09 PM
**To:** Ferguson, Betsy <██████@mail.house.gov>; Mary Doocy <██████@fbi.gov>
**Cc:** Castor, Stephen <██████@mail.house.gov>; Nabity, Caroline <██████@mail.house.gov>; Johanna Norman <██████@fbi.gov>; ██████@usdoj.gov; ██████@usdoj.gov
**Subject:** RE: Transcript Review and Subpoena Follow-up

Hi Betsy,

We understand the Committee's position and priorities.  Is the Committee available for the Dehmlow transcribed interview on June 29?

Best,
Megan

**From:** Ferguson, Betsy <██████@mail.house.gov>
**Sent:** Wednesday, June 21, 2023 3:53 PM
**To:** Greer, Megan Louise (OGC) (FBI) <██████@fbi.gov>; Doocy, Mary Gerrity (OGC) (FBI) <██████@fbi.gov>
**Cc:** Castor, Stephen <██████@mail.house.gov>; Nabity, Caroline <██████@mail.house.gov>; Norman, Johanna M. (OCA) (FBI) <██████@fbi.gov>; Zdeb, Sara (OLA) (JMD) <██████@usdoj.gov>; Hanson, Matthew B. (OLA) (JMD) <██████@usdoj.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Transcript Review and Subpoena Follow-up

Hi Megan,

At the end of SAC Dayoub's TI, you indicated that you would have dates forthcoming for the requested interviews. Our request has now been outstanding for four months. Please provide us dates for the remaining interviews and the additional interviews we have requested. The Chairman is contemplating using the compulsory process if necessary.

Thank you,

**Betsy Ferguson**
Deputy General Counsel | Chairman Jim Jordan
House Committee on the Judiciary
U.S. House of Representatives
(202) ██████  |  Rayburn House Office Building

**From:** Ferguson, Betsy
**Sent:** Wednesday, June 7, 2023 4:27 PM
**To:** Megan Greer <██████@fbi.gov>; Mary Doocy <██████@fbi.gov>
**Cc:** Castor, Stephen <██████@mail.house.gov>; Nabity, Caroline <██████@mail.house.gov>; Johanna Norman <██████@fbi.gov>; ██████@usdoj.gov;

4

███████@usdoj.gov
**Subject:** RE: Transcript Review and Subpoena Follow-up

Hi Megan,

6/13 with SAC Dayoub will work on our end. Thanks.

---

**From:** Megan Greer <███████@fbi.gov>
**Sent:** Wednesday, June 7, 2023 2:25 PM
**To:** Ferguson, Betsy <███████@mail.house.gov>; Mary Doocy <███████@fbi.gov>
**Cc:** Castor, Stephen <███████@mail.house.gov>; Nabity, Caroline <███████@mail.house.gov>; Johanna Norman <███████@fbi.gov>; ███████@usdoj.gov; ███████@usdoj.gov
**Subject:** RE: Transcript Review and Subpoena Follow-up

Hi Betsy,

We are working on various scheduling aspects and expect to have a fuller response with more dates for you shortly, but wanted to raise that SAC Dayoub is available to appear on Tuesday, June 13. Given that it is next week, and he would be travelling from Kansas City to be here, I wanted to check with you on this one ASAP to see if that date might work for the Committee.

Thanks,
Megan

---

**From:** Ferguson, Betsy <███████@mail.house.gov>
**Sent:** Monday, June 5, 2023 9:42 AM
**To:** Doocy, Mary Gerrity (OGC) (FBI) <███████@fbi.gov>; Greer, Megan Louise (OGC) (FBI) <███████@fbi.gov>
**Cc:** Castor, Stephen <███████@mail.house.gov>; Nabity, Caroline <███████@mail.house.gov>; Norman, Johanna M. (OCA) (FBI) <███████@fbi.gov>; Zdeb, Sara (OLA) (JMD) <███████@usdoj.gov>; Hanson, Matthew B. (OLA) (JMD) <███████@usdoj.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Transcript Review and Subpoena Follow-up

Good morning,

We wanted to follow up regarding June dates for the transcribed interviews we discussed late last month. Additionally, the Committee is requesting to schedule transcribed interviews with the following individuals:

1. Special Agent Kevin Gounaud
2. Richmond Field Office Chief Division Counsel

Additionally, please advise when the FBI will be making its next production in response to the Committee's outstanding subpoenas.

-Betsy

---

**From:** Mary Doocy <███████@fbi.gov>
**Sent:** Sunday, May 21, 2023 4:56 PM

**To:** Ferguson, Betsy <█████████@mail.house.gov>; Megan Greer <█████@fbi.gov>
**Cc:** Castor, Stephen <█████████@mail.house.gov>; Nabity, Caroline <█████████@mail.house.gov>; Johanna Norman <████████@fbi.gov>; █████@usdoj.gov; █████████@usdoj.gov
**Subject:** RE: Transcript Review and Subpoena Follow-up

That should work. I'll send a dial-in tomorrow morning.

Thanks!
Mary

---

**From:** Ferguson, Betsy <█████████@mail.house.gov>
**Sent:** Sunday, May 21, 2023 2:29 PM
**To:** Doocy, Mary Gerrity (OGC) (FBI) <████████@fbi.gov>; Greer, Megan Louise (OGC) (FBI) <████████@fbi.gov>
**Cc:** Castor, Stephen <█████████@mail.house.gov>; Nabity, Caroline <█████████@mail.house.gov>; Norman, Johanna M. (OCA) (FBI) <████████@fbi.gov>; Zdeb, Sara (OLA) (JMD) <██████@usdoj.gov>; Hanson, Matthew B. (OLA) (JMD) <█████████@usdoj.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Transcript Review and Subpoena Follow-up

Hi Mary,

Would a call tomorrow at 2:30pm work?

Thanks.

---

**From:** Mary Doocy <████████@fbi.gov>
**Sent:** Friday, May 19, 2023 4:03 PM
**To:** Ferguson, Betsy <█████████@mail.house.gov>; Megan Greer <█████@fbi.gov>
**Cc:** Castor, Stephen <█████████@mail.house.gov>; Nabity, Caroline <█████████@mail.house.gov>; Johanna Norman <████████@fbi.gov>; █████@usdoj.gov; █████████@usdoj.gov
**Subject:** RE: Transcript Review and Subpoena Follow-up

Hi Betsy,

Do you have time to speak early next week regarding the Committee's priorities for future transcribed interview witnesses?

Thank you and have a nice weekend,
Mary

---

**From:** Ferguson, Betsy <█████████@mail.house.gov>
**Sent:** Tuesday, May 16, 2023 9:29 AM
**To:** Greer, Megan Louise (OGC) (FBI) <██████@fbi.gov>
**Cc:** Castor, Stephen <█████████@mail.house.gov>; Nabity, Caroline <█████████@mail.house.gov>; Doocy, Mary Gerrity (OGC) (FBI) <█████████@fbi.gov>; Norman, Johanna M. (OCA) (FBI) <████████@fbi.gov>; Zdeb, Sara (OLA) (JMD) <█████████@usdoj.gov>; Hanson, Matthew B. (OLA) (JMD) <█████████@usdoj.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Transcript Review and Subpoena Follow-up

Hi Megan,

Regarding the remaining interviews as requested in our March letter, we would be happy to jump on a call to discuss further. We have availability Thursday afternoon, or we can touch base before the interview on Friday morning.

We also wanted to follow up regarding the deposition of EAD Jennifer Moore. Per Steve's discussion with Sara, the Committee will move forward with the deposition of Ms. Moore on June 2.

Can the Committee expect a document production this week?

Thank you.

**From:** Megan Greer <​@fbi.gov>
**Sent:** Friday, May 12, 2023 1:00 PM
**To:** Ferguson, Betsy <​@mail.house.gov>
**Cc:** Castor, Stephen <​@mail.house.gov>; Nabity, Caroline <​@mail.house.gov>; Mary Doocy <​@fbi.gov>; Johanna Norman <​@fbi.gov>; @usdoj.gov; @usdoj.gov
**Subject:** Re: Transcript Review and Subpoena Follow-up

Betsy,

We apologize for the delay. With respect to the remaining transcribed interviews, and as we requested in our March 9 letter, we need additional details regarding the subject matter(s) about which the additional individuals are expected to testify. For example, we are still unsure which Sean Fitzgerald you are requesting to interview and why. If you can also prioritize among them, that will be helpful in moving this forward.

With respect to the forthcoming document productions, the FBI has compiled additional communications regarding the February 3 subpoena, including the documents referenced in EAD Langan's interview, and is conferring with the Department about the production timeline. We are also continuing to identify additional documents responsive to the April 10 subpoena, being mindful of the ongoing internal review, and should be in a position to provide a further status update and expected next production timeline in the near future.

Best,
Megan

**From:** Ferguson, Betsy <​@mail.house.gov>
**Sent:** Friday, May 5, 2023 1:27 PM
**To:** Greer, Megan Louise (OGC) (FBI) <​@fbi.gov>
**Cc:** Castor, Stephen <​@mail.house.gov>; Nabity, Caroline <​@mail.house.gov>; Doocy, Mary Gerrity (OGC) (FBI) <​@fbi.gov>; Norman, Johanna M. (OCA) (FBI) <​@fbi.gov>; Zdeb, Sara (OLA) (JMD) <​@usdoj.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Transcript Review and Subpoena Follow-up

Hi Megan,

We wanted to follow up again regarding the FBI's response to the Committee's February 3rd subpoena, and confirm when the FBI will produce documents responsive to that subpoena as mentioned during Mr. Langan's interview. Further, please advise when the FBI will make its next production in response to the Committee's April 10th subpoena. The FBI's first production did not sufficiently comply with the Committee's subpoena, so please advise what documents the Committee can expect in the next production.

Finally, please provide dates for the remaining transcribed interviews as requested in the Committee's March 3rd letter.

Thank you.

**Betsy Ferguson**
Deputy General Counsel | Chairman Jim Jordan
House Committee on the Judiciary
U.S. House of Representatives
(202) ███████  | Rayburn House Office Building

---

**From:** Ferguson, Betsy
**Sent:** Tuesday, May 2, 2023 3:49 PM
**To:** Megan Greer <███████@fbi.gov>
**Cc:** Castor, Stephen <███████@mail.house.gov>; Nabity, Caroline <███████@mail.house.gov>; Mary Doocy <███████@fbi.gov>; Johanna Norman <███████@fbi.gov>; ███████@usdoj.gov
**Subject:** RE: Transcript Review and Subpoena Follow-up

Hi Megan,

Following up on the below items.

In addition, OCA sent a response letter to the April 10 subpoena on Friday with a production that was supposed to be forthcoming soon according to the email. The Committee has yet to receive those documents. Please advise as to when the Committee will receive those.

-Betsy

**From:** Megan Greer <███████@fbi.gov>
**Sent:** Wednesday, April 26, 2023 3:55 PM
**To:** Ferguson, Betsy <███████@mail.house.gov>
**Cc:** Castor, Stephen <███████@mail.house.gov>; Nabity, Caroline <███████@mail.house.gov>; Mary Doocy <███████@fbi.gov>; Johanna Norman <███████@fbi.gov>; ███████@usdoj.gov
**Subject:** RE: Transcript Review and Subpoena Follow-up

Thanks, Betsy.  Adding Johanna and Sara.  We'll review the below and circle back.

Thanks,
Megan

**From:** Ferguson, Betsy <​@mail.house.gov>
**Sent:** Wednesday, April 26, 2023 3:41 PM
**To:** Greer, Megan Louise (OGC) (FBI) <​@fbi.gov>
**Cc:** Castor, Stephen <​@mail.house.gov>; Nabity, Caroline <​@mail.house.gov>; Doocy, Mary Gerrity (OGC) (FBI) <​@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Transcript Review and Subpoena Follow-up

Hi Megan,

The Langan and Moore transcripts are available for your review here in our offices. Please let us know when you are available.

We also wanted to follow up regarding the FBI's response to the Committee's February 3rd subpoena. During Mr. Langan's interview, he indicated that there are documents responsive to the subpoena that have yet to be produced to the Committee. Please advise when the Committee will receive these documents and when the FBI intends to make its next production.

So everything is in one place, here is the schedule currently for upcoming transcribed interviews (with room numbers):

1. May 4th, Joseph Bonavolanta – 2237 Rayburn at 10am
2. May 16th, Kevin Vorndran – 2237 Rayburn at 10am
3. May 18th, Carlton Peeples – 164 Cannon at 10am
4. May 19th, Steve Jensen – 2237 Rayburn at 10am

Additionally, the Committee looks forward to scheduling interviews for the remaining individuals as requested in the Chairman's March 3rd letter. Please provide dates they are available in May and early June.

Thank you.

Betsy Ferguson
Deputy General Counsel | Chairman Jim Jordan
House Committee on the Judiciary
U.S. House of Representatives
(202) | Rayburn House Office Building