**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

2138 Rayburn House Office Building
Washington, D.C. 20515,

*Plaintiff*,

v.

ELVIS CHAN, in his official capacity as
Assistant Special Agent of the Federal
Bureau of Investigation,

450 Golden Gate Ave.
San Francisco, CA 94102,

*Defendant*.

Case No. 1:24-cv-344

# Exhibit I

| From: | Mary Doocy |
|---|---|
| To: | Castor, Stephen; Ferguson, Betsy; Nabity, Caroline |
| Cc: | Megan Greer; ██████████@usdoj.gov |
| Subject: | Upcoming Transcribed Interviews |
| Date: | Wednesday, August 30, 2023 4:00:24 PM |

Good afternoon,

The FBI would like to confirm Elvis Chan's availability to appear for a voluntary transcribed interview on September 15.  We've also been in touch with Brad Benavides.  He's available to travel to D.C. on September 27 or September 28 for a transcribed interview.

Best,
Mary