## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>2138 Rayburn House Office Building<br>Washington, D.C. 20515,<br><br>   *Plaintiff*,<br><br> v.<br><br>ELVIS CHAN, in his official capacity as Assistant Special Agent of the Federal Bureau of Investigation,<br><br>450 Golden Gate Ave.<br>San Francisco, CA 94102,<br><br>   *Defendant*. | Case No. 1:24-cv-344 |

# Exhibit J

| | |
|---|---|
| **From:** | Hanson, Matthew B. (OLA) |
| **To:** | Ferguson, Betsy |
| **Cc:** | Larry Berger; Doocy, Mary Gerrity (OGC) (FBI); Greer, Megan Louise (OGC) (FBI); Zdeb, Sara (OLA); Castor, Stephen; Zaro, Luke; Nabity, Caroline; Calce, Christina |
| **Subject:** | Re: [EXTERNAL] Re: Chan TI on Friday 9/15 |
| **Date:** | Friday, September 15, 2023 8:40:31 AM |

Hi, Betsy –

That is not accurate. As Mr. Chan has said repeatedly by phone and email, including multiple times yesterday, his choice is to be represented before the Committee by both agency counsel and personal counsel. Agency counsel and personal counsel have different roles. The Committee has no basis, including in the House or Committee rules, to disregard his decision or select his counsel for him. We understand it is the Committee's preference not to allow agency counsel to attend a transcribed interview under these circumstances. But the Committee did not have any concerns about agency counsel's participation when it asked the agency to arrange this voluntary appearance in the first place.

This is also very unfair to Mr. Chan. He is a career FBI agent who has now set aside his important work, prepared, and traveled across the country to spend a day testifying before Congress on the date you requested. He does so voluntarily. The Department and the FBI have made him available to provide information about our work voluntarily. We are giving you what you asked for.

The Committee has an opportunity to get information that it seeks today. The Committee has known for weeks that Mr. Chan would be represented by agency counsel—that's standard practice in this Congress and many before. We presume the Committee does not mean to deny him his choice of counsel hours before he is set to testify. This does nothing to further your investigation.

We look forward to seeing you at 10am for Mr. Chan to provide information to the Committee voluntarily – and represented by his chosen (agency and personal) counsel for this interview about work done in the scope of his professional duties.

Best,
Matt

========
Matthew B. Hanson
Office of Legislative Affairs
U.S. Department of Justice

On Sep 14, 2023, at 11:12 PM, Ferguson, Betsy <█████████@mail.house.gov> wrote:

Matt,

To confirm - that is not an option we are offering. Mr. Chan has requested personal counsel. We respectfully ask that you do not attempt to join.

The Chairman has authorized a deposition subpoena for next Thursday (9/21) which he has instructed us to serve should there be any issue tomorrow morning.

On Sep 14, 2023, at 10:07 PM, Hanson, Matthew B. (OLA) <██████@usdoj.gov> wrote:

Just to confirm, we've spoken with Mr. Chan and his strong desire is to be represented by both personal and agency counsel tomorrow. We look forward to seeing you at 10am.

-Matt

**From:** Larry Berger <██████@lbfedlaw.com>
**Sent:** Thursday, September 14, 2023 7:57 PM
**To:** Ferguson, Betsy <██████@mail.house.gov>; Hanson, Matthew B. (OLA) <██████@usdoj.gov>
**Cc:** Doocy, Mary Gerrity (OGC) (FBI) <██████@fbi.gov>; Greer, Megan Louise (OGC) (FBI) <██████@fbi.gov>; Zdeb, Sara (OLA) <██████@usdoj.gov>; Castor, Stephen <██████@mail.house.gov>; Zaro, Luke <██████@mail.house.gov>; Nabity, Caroline <██████@mail.house.gov>
**Subject:** [EXTERNAL] RE: Chan TI on Friday 9/15

I will be present on behalf of Mr. Chan tomorrow for the scheduled interview- Larry Berger

Sent from my Galaxy

-------- Original message --------
From: "Ferguson, Betsy" <██████@mail.house.gov>
Date: 9/14/23 7:37 PM (GMT-05:00)
To: "Hanson, Matthew B. (OLA)" <██████@usdoj.gov>
Cc: "Doocy, Mary Gerrity (OGC) (FBI)" <██████@fbi.gov>, "Greer, Megan Louise (OGC) (FBI)" <██████@fbi.gov>, "Zdeb, Sara (OLA)" <██████@usdoj.gov>, "Castor, Stephen" <██████@mail.house.gov>, "Zaro, Luke" <██████@mail.house.gov>, "Nabity, Caroline" <██████@mail.house.gov>, Larry Berger <██████@lbfedlaw.com>
Subject: Re: Chan TI on Friday 9/15

Matt,

Mr. Chan can have either agency counsel or personal counsel accompany him at the transcribed interview—not both. It is Mr. Chan's choice.

> On Sep 14, 2023, at 7:25 PM, Hanson, Matthew B. (OLA) <@usdoj.gov> wrote:
>
> Hi, Betsy –
>
> (Following up here, but I trust you also saw my response at 4:01pm that preceded your note.)
>
> Just wanted to clear up two points.
>
> First, our understanding is that Mr. Chan's personal counsel, now also copied here, did <u>not</u> convey to you, as your email states, that Mr. Chan "is not willing to participate in a voluntary transcribed interview scheduled for 9/15." Instead, Mr. Berger conveyed to you – just as we did – Mr. Chan's strong desire to be represented in tomorrow's transcribed interview by both agency and personal counsel. I'll let Mr. Berger (now also cc'ed) clarify further, if needed.
>
> Second, I wanted to clarify the conditions under which the Committee is still willing to stick with the original plan for Mr. Chan appearing voluntarily tomorrow. This sounds like you are saying the Committee is now only interested in participating in tomorrow's interview if Mr. Chan relinquishes his desire to be represented by agency counsel. If so, I ask because that would be a new condition that we've not heard previously from the Committee. As you know, the presence of agency counsel is a longstanding principle of the Department, and a point we have all been planning around since we agreed to make Mr. Chan available.
>
> Best,
> Matt
>
> **From:** Ferguson, Betsy <@mail.house.gov>
> **Sent:** Thursday, September 14, 2023 4:17 PM
> **To:** Hanson, Matthew B. (OLA) <@usdoj.gov>
> **Cc:** Doocy, Mary Gerrity (OGC) (FBI) <@fbi.gov>; Greer, Megan

Louise (OGC) (FBI) <███████@fbi.gov>; Zdeb, Sara (OLA)
<███████@usdoj.gov>; Castor, Stephen
<███████@mail.house.gov>; Zaro, Luke
<███████@mail.house.gov>; Nabity, Caroline
<███████@mail.house.gov>
**Subject:** [EXTERNAL] RE: Chan TI on Friday 9/15

Hi Matthew,

Thank you for your message. As you are aware, the Committee has repeatedly requested that Mr. Chan appear for a transcribed interview since January 2023. On August 30, 2023, after the Chairman authorized a deposition subpoena, the FBI finally agreed to schedule the interview, with full knowledge of the Committee's protocol for conducting transcribed interviews. The Committee has used this protocol to conduct every other interview with FBI personnel this Congress. To be clear, the Committee is ready and willing to move forward tomorrow with the transcribed interview of Mr. Chan, if he is joined only by his personal counsel. We only received notification earlier this week that Mr. Chan would not appear voluntarily unless the Committee deviated from its established protocol and was permitted to bring two sets of lawyers – personal and agency counsel. We were informed by Mr. Chan's personal counsel today that he is not willing to participate in a voluntary transcribed interview scheduled for 9/15. As such, the Chairman has authorized a deposition subpoena. Consistent with our Committee rules we will serve at the earliest possible time (tomorrow) with a 9/21 deposition date.

Thank you,

**Betsy Ferguson**
Deputy General Counsel | Chairman Jim Jordan
House Committee on the Judiciary
U.S. House of Representatives
(202) ███████ | Rayburn House Office Building

---

**From:** Hanson, Matthew B. (OLA) <███████@usdoj.gov>
**Sent:** Thursday, September 14, 2023 11:41 AM
**To:** Zaro, Luke <███████@mail.house.gov>; Ferguson, Betsy <███████@mail.house.gov>; Castor, Stephen <███████@mail.house.gov>
**Cc:** Doocy, Mary Gerrity (OGC) (FBI) <███████@fbi.gov>; Greer, Megan Louise (OGC) (FBI) <███████@fbi.gov>; Zdeb, Sara (OLA) <███████@usdoj.gov>
**Subject:** RE: Chan TI on Friday 9/15

Hi, Luke, Betsy, and Steve –

Reaching out again in advance of tomorrow's transcribed interview with Mr. Chan. We are looking forward to proceeding with the voluntary interview, consistent with what we've agreed for Mr. Chan's appearance.

With the interview scheduled for less than 24 hours from now, and since we have not heard a response to my email from yesterday morning or following our conversation on Tuesday, we wanted to relay to you that this morning Mr. Chan reiterated that he is not comfortable proceeding without both agency and personal counsel present. We understand you may have heard a similar message from Mr. Chan's personal counsel. As you know, Mr. Chan has already traveled across the country and is prepared for tomorrow's appearance.

For tomorrow morning, we are continuing with our plan for me to appear on behalf of DOJ and for Mary Doocy to appear on behalf of FBI, along with Mr. Chan's personal counsel, Larry Berger.

Please let us know if there are any points you would like to discuss about the planned attendees or otherwise. Our hope is that would be unnecessary, and Mr. Chan, DOJ, and the FBI are all ready to go forward with the interview tomorrow at 10am in 2237 Rayburn. But we are open to rescheduling the interview to provide time for such a discussion if the Committee so chooses.

Best,
Matt

---

**From:** Hanson, Matthew B. (OLA)
**Sent:** Wednesday, September 13, 2023 10:21 AM
**To:** Zaro, Luke <​@mail.house.gov>; Ferguson, Betsy <​@mail.house.gov>; <​@mail.house.gov>
**Cc:** Doocy, Mary Gerrity (OGC) (FBI) <​@fbi.gov>; Greer, Megan Louise (OGC) (FBI) <​@fbi.gov>; Zdeb, Sara (OLA) <​@usdoj.gov>
**Subject:** Chan TI on Friday 9/15

Hi, Luke, Betsy, and Steve --

Thanks for your time to discuss yesterday. As we said on the phone, the FBI is willing to -- and wants to -- proceed with the voluntary interview of Elvis Chan on Friday. We understand that completing this interview is a priority for the Committee, as it is for Mr. Chan, particularly as cross-country travel is required for his appearance.

We also recognize that the Committee's preference is to limit witnesses to two attorneys at transcribed interviews, and we have honored that constraint in well over a dozen such interviews so far, understanding that we might need to revisit the issue if circumstances warrant.

Given the very unique circumstances of this particular interview -- including, but not limited to, Mr. Chan's non-SES status, his involvement in the ongoing *Missouri v. Biden* litigation (in which the Committee has joined as amici), and the Chairman's public allegations that Mr. Chan testified falsely in that matter -- Mr. Chan requests that he be represented by his personal counsel along with agency counsel.  As Committee counsel have pointed out in numerous interviews, agency counsel and personal counsel represent different interests. Mr. Chan should not be forced to choose between them.  We are confident that Mr. Chan will be able to provide information highly relevant to the Committee's inquiries, and are respectfully asking this minor accommodation of one additional attorney so that he is able to do so in a way that respects his and the FBI's interests.

We have confirmed that Mr. Chan's personal counsel is available and willing to be present in DC on Friday at 10am.

Best,
Matt

=======

Matthew B. Hanson
Office of Legislative Affairs
U.S. Department of Justice
202-███████