IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>2138 Rayburn House Office Building<br>Washington, D.C. 20515,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>ELVIS CHAN, in his official capacity as Assistant Special Agent of the Federal Bureau of Investigation,<br><br>450 Golden Gate Ave.<br>San Francisco, CA 94102,<br><br>　　　　　　*Defendant*. | Case No. 1:24-cv-344 |

# Exhibit K

**Nabity, Caroline**

| | |
|---|---|
| **From:** | Larry Berger <██████@lbfedlaw.com> |
| **Sent:** | Thursday, September 14, 2023 12:03 PM |
| **To:** | Nabity, Caroline |
| **Cc:** | Ferguson, Betsy; Zaro, Luke; ██████@fbi.gov |
| **Subject:** | RE: Elvis Chan |

Good day Ms. Nabity – My client, Elvis Chan, informs me that he will not participate in a voluntary transcribed interview with your Committee if I, as his personal counsel, together with FBI and/or DOJ counsel, are not both admitted to the interview.

Respectfully,

Larry

Lawrence Berger, Esq.
Outside Counsel to FLEOA Members
Mahon & Berger, Esqs.
70 Glen Street, Suite 249
Glen Cove, New York 11542
Office:(516)██████
Facsimile:(516)██████

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify me immediately by return e-mail and delete this e-mail and all attachments from your system.  This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means.  Nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

---

**From:** Zaro, Luke <██████@mail.house.gov>
**Sent:** Thursday, September 14, 2023 9:25 AM
**To:** Larry Berger <██████@lbfedlaw.com>
**Cc:** Ferguson, Betsy <██████@mail.house.gov>; Nabity, Caroline <██████@mail.house.gov>
**Subject:** RE: Elvis Chan

Hi Larry,

I'm writing to follow up on our call from yesterday morning. Has Mr. Chan decided to have agency counsel or personal counsel join him for his interview tomorrow?

Thanks,
Luke

--

1

**Luke Zaro**
Senior Counsel
Committee on the Judiciary
Chairman Jim Jordan
(202) ███-████
███████@mail.house.gov

---

**From:** Zaro, Luke <███████@mail.house.gov>
**Sent:** Wednesday, September 13, 2023 10:52 AM
**To:** Larry Berger <█████@lbfedlaw.com>
**Cc:** Ferguson, Betsy <███████@mail.house.gov>; Nabity, Caroline <███████@mail.house.gov>
**Subject:** RE: Elvis Chan

Thanks, Larry—we will give you a call at 11:30.

**From:** Larry Berger <█████@lbfedlaw.com>
**Sent:** Wednesday, September 13, 2023 10:14 AM
**To:** Zaro, Luke <███████@mail.house.gov>
**Cc:** Ferguson, Betsy <███████@mail.house.gov>; Nabity, Caroline <███████@mail.house.gov>
**Subject:** RE: Elvis Chan

I am available all day. My # : 516-███-████.


Sent from my Galaxy


-------- Original message --------
**From:** "Zaro, Luke" <███████@mail.house.gov>
**Date:** 9/13/23 10:05 AM (GMT-05:00)
**To:** Larry Berger <█████@lbfedlaw.com>
**Cc:** "Ferguson, Betsy" <███████@mail.house.gov>, "Nabity, Caroline" <███████@mail.house.gov>
**Subject:** Elvis Chan

Hi Larry,

I hope this email finds you well. Could you please let us know your availability today to have a call regarding Mr. Chan?

Thank you,
Luke

--

**Luke Zaro**
Senior Counsel
Committee on the Judiciary
Chairman Jim Jordan
(202) ███-████

███████@mail.house.gov

3