IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>2138 Rayburn House Office Building<br>Washington, D.C. 20515,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>ELVIS CHAN, in his official capacity as Assistant Special Agent of the Federal Bureau of Investigation,<br><br>450 Golden Gate Ave.<br>San Francisco, CA 94102,<br><br>　　　　　*Defendant*. | Case No. 1:24-cv-344 |

# Exhibit P

**Ferguson, Betsy**

| | |
|---|---|
| **From:** | Larry Berger <███@lbfedlaw.com> |
| **Sent:** | Wednesday, October 4, 2023 7:35 PM |
| **To:** | Bidelman, Kiley; Castor, Stephen; Nabity, Caroline; Ferguson, Betsy; Calce, Christina; Hiller, Aaron |
| **Cc:** | Greer, Megan Louise (OGC) (FBI; Doocy, Mary Gerrity (OGC) (FBI; Norman, Johanna M. (OCA) (FBI; Zdeb, Sara (OLA) (JMD); Hanson, Matthew B. (OLA) (JMD); Elvis Chan |
| **Subject:** | Re: ASAC Chan response to subpoena |

Good evening - As you know, I represent Assistant Special Agent in Charge (ASAC) Elvis Chan. This evening, a short time ago, I received a letter from the Department of Justice informing me that ASAC Chan is directed not to appear before the Committee, tomorrow, October 5, for a deposition, without his firm choice of counsel, which includes agency counsel.

Based on this unequivocal direction, as well as the belief of my client and I that the Committee's subpoena is unenforceable for reasons previously stated, please be advised that ASAC Chan will **not** appear for a deposition tomorrow, October 5, before the Committee, if the Committee continues to insist that agency counsel be precluded from attending the deposition.

ASAC Chan stands, as he always has, ready, willing and able to attend the deposition voluntarily, on October 5, or any other designated date, with his choice of counsel, which includes agency counsel.

Thank you,

Larry

Lawrence Berger, Esq.
Outside Counsel to FLEOA Members
Mahon & Berger, Esqs.
70 Glen Street, Suite 249
Glen Cove, New York 11542
Office:(516) ███
Facsimile:(516) ███

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify me immediately by return e-mail and delete this e-mail and all attachments from your system. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

---

**From:** Larry Berger
**Sent:** Monday, October 2, 2023 9:43 AM
**To:** Bidelman, Kiley; Castor, Stephen; Nabity, Caroline; ███@mail.house.gov; Calce, Christina; Hiller, Aaron

**Cc:** Greer, Megan Louise (OGC) (FBI; Doocy, Mary Gerrity (OGC) (FBI; Norman, Johanna M. (OCA) (FBI; Zdeb, Sara (OLA) (JMD; Hanson, Matthew B. (OLA) (JMD; Elvis Chan
**Subject:** ASAC Chan response to subpoena

Good morning – Please see attached for a response to the Committee's September 21, 2023 subpoena, submitted on behalf of ASAC Chan. There is one Exhibit which follows the conclusion of the letter.

Respectfully submitted,

Larry

Lawrence Berger, Esq.
Outside Counsel to FLEOA Members
Mahon & Berger, Esqs.
70 Glen Street, Suite 395
Glen Cove, New York 11542
Office:(516)
Facsimile:(516)

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify me immediately by return e-mail and delete this e-mail and all attachments from your system. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.