IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>2138 Rayburn House Office Building<br>Washington, D.C. 20515,<br><br>   *Plaintiff*,<br><br> v.<br><br>ELVIS CHAN, in his official capacity as Assistant Special Agent of the Federal Bureau of Investigation,<br><br>450 Golden Gate Ave.<br>San Francisco, CA 94102,<br><br>   *Defendant*. | Case No. 1:24-cv-344 |

# Exhibit U

House Calendar No. 81

102D CONGRESS
1ST SESSION

# H. RES. 258

[Report No. 102-296, Parts I and II]

Creating a Task Force of Members of the Foreign Affairs Committee To Investigate Certain Allegations Concerning the Holding of Americans as Hostages by Iran in 1980.

---

## IN THE HOUSE OF REPRESENTATIVES

OCTOBER 23, 1991

Mr. HAMILTON (for himself, Mr. GEPHARDT, Mr. FASCELL, and Mr. DERRICK) submitted the following resolution; which was referred to the Committee on Rules

NOVEMBER 8, 1991

Reported from the Committee on Rules with an amendment and referred to the Committee on House Administration for a period ending not later than November 15, 1991, for consideration of such provisions of the resolution and amendment as fall within the jurisdiction of that committee pursuant to clause 1(k) of rule X.

[Strike out all after the resolving clause and insert the part printed in italic]

NOVEMBER 15, 1991

Referral to the Committee on House Administration extended for a period ending not later than November 19, 1991

NOVEMBER 19, 1991

Reported from the Committee on House Administration with an amendment, referred to the House Calendar, and ordered to be printed

[Omit the part in black brackets and insert the part printed in boldface roman]

[For text of introduced resolution, see copy of resolution as introduced on October 23, 1991]

# RESOLUTION

Creating a Task Force of Members of the Foreign Affairs Committee To Investigate Certain Allegations Concerning the Holding of Americans as Hostages by Iran in 1980.

1  *Resolved, That (1) There is hereby created a Task*
2  *Force of Members of the House Committee on Foreign Af-*
3  *fairs to Investigate Certain Allegations Concerning the*
4  *Holding of Americans as Hostages by Iran in 1980, to be*
5  *composed of thirteen Members of the House Committee on*
6  *Foreign Affairs to be appointed by the Speaker, one of*
7  *whom he shall designate as chairman. The Speaker shall,*
8  *with respect to the Republican Members of the Task Force,*
9  *make such appointments upon consultation with the Repub-*
10 *lican Leader. Any vacancy occurring in the membership of*
11 *the Task Force shall be filled in the same manner in which*
12 *the original appointment was made. The Task Force is,*
13 *with respect to the matters described below, authorized and*
14 *directed to conduct a full and complete investigation and*
15 *study, and to make such findings as are warranted, includ-*
16 *ing, where appropriate, a finding that no credible evidence*
17 *can be found to support particular allegations. The Task*
18 *Force is further authorized and directed to make such rec-*
19 *ommendations to the Committee on Foreign Affairs as the*
20 *Task Force deems appropriate, including those concerning*
21 *the amendment of existing legislation or the enactment of*

Case 1:24-cv-00344   Document 1-21   Filed 02/06/24   Page 4 of 10

3

1  new legislation. The Task Force shall fulfill these functions
2  with respect to the following matters:

3      (a) Communications by or on behalf of the 1980
4   Reagan Presidential Campaign, or individuals rep-
5   resenting or associated with that campaign, with any
6   person or persons representing or associated with the
7   Iranian Government or those persons with Iran hold-
8   ing Americans as Hostages during 1979 and 1980;

9      (b) Any attempt or proposal to attempt, by the
10  1980 Reagan Presidential Campaign or persons rep-
11  resenting or associated with that campaign, to delay
12  the release of the Americans held as hostages in Iran;

13     (c) Any activity by the 1980 Reagan Presi-
14  dential Campaign to acquire or disseminate any in-
15  formation relating to actions being taken or consid-
16  ered by the United States Government in an effort to
17  obtain the release of the Americans being held as hos-
18  tages in Iran;

19     (d) Any sale or other transmittal of arms, spare
20  parts or other assistance to Iran, in 1980 or there-
21  after, by any person or nation, intended to delay the
22  release of the American held as Hostages by Iran, and
23  any approval, acquiescence or knowledge of such sales
24  or transmittals by the 1980 Reagan Presidential

4

1 *Campaign or persons representing or associated with*
2 *that campaign; and*
3 *(e) Any actions taken to keep any communica-*
4 *tions or actions as described above, if any such com-*
5 *munications or actions took place, from being re-*
6 *vealed to the Government of the United States or the*
7 *American people.*
8 *(2) One-third of the members of the Task Force shall*
9 *constitute a quorum for the transaction of business other*
10 *than the reporting of a matter, which shall require a major-*
11 *ity of the Task Force to be actually present, except that the*
12 *Task Force may designate a lesser number, but not less than*
13 *two, as a quorum for the purpose of holding hearings to*
14 *take testimony. When a quorum for any particular purpose*
15 *is present, general proxies may be counted for that purpose.*
16 *The Task Force may sit while the House is reading a meas-*
17 *ure for amendment under the five-minute rule. The rules*
18 *of the House shall govern the Task Force where not incon-*
19 *sistent with this resolution. The Task Force shall adopt ad-*
20 *ditional written rules, which shall be public, to govern its*
21 *procedures, which shall not be inconsistent with this resolu-*
22 *tion or the rules of the House. Such rules may govern the*
23 *conduct of the depositions, interviews, and hearings of the*
24 *Task Force, including the persons present. Such rules shall*

5

1 *provide for the protection of classified information from un-*
2 *authorized disclosure.*
3     *(3) The Task Force is authorized to sit and act during*
4 *the present Congress at such times and places within the*
5 *United States, including any Commonwealth or possession*
6 *thereof, or in any other country, whether the House is in*
7 *session, or has adjourned; to require, by subpoena or other-*
8 *wise, the attendance and testimony of such witnesses, the*
9 *furnishing of information by interrogatory, and the produc-*
10 *tion of such books, records, correspondence, memoranda, pa-*
11 *pers, documents, calendars, recordings, data compilations*
12 *from which information can be obtained, tangible objects,*
13 *and other things and information of any kind as it deems*
14 *necessary, including all intelligence materials however clas-*
15 *sified, White House materials, campaign materials, mate-*
16 *rials of present and former government officials and mate-*
17 *rials pertaining to unvouchered expenditures or concerning*
18 *communications interceptions or surveillance; and to obtain*
19 *evidence in other appropriate countries with the coopera-*
20 *tion of their governments and by letters rogatory, commis-*
21 *sions, field depositions and other appropriate mechanisms.*
22 *Unless otherwise determined by the Task Force the chair-*
23 *man, upon consultation with the ranking Republican mem-*
24 *ber, on the Task Force, shall authorize and issue subpoenas.*
25 *Subpoenas shall be issued under the seal of the House and*

6

1   *attested by the Clerk, and may be served by any person des-*
2   *ignated by the chairman or any member. The Task Force*
3   *may request investigations, reports, and other assistance*
4   *from any agency of the executive, legislative, and judicial*
5   *branches of the Federal Government.*

6      *(4) The chairman, or in his absence a member des-*
7   *ignated by the chairman, shall preside at all meetings and*
8   *hearings of the Task Force. All meetings and hearings of*
9   *the Task Force shall be conducted in open session, unless*
10   *a majority of members of the Task Force voting, there being*
11   *in attendance the requisite number required for the purpose*
12   *of hearings to take testimony, vote to close a meeting or*
13   *hearing.*

14      *(5) The Chairman, upon consultation with the ranking*
15   *Republican member, may employ and fix the compensation*
16   *of such clerks, experts, consultants, technicians, attorneys,*
17   *investigators, and clerical and stenographic assistants as*
18   *it considers necessary to carry out the purposes of this reso-*
19   *lution. The Task Force shall be deemed a committee of the*
20   *House for all purposes of law, including House Rule XI*
21   *(2)(n), and sections 6005, 1505, and 1621 of title 18, section*
22   *192 of title 2, 1754(b)(1)(B)(ii) of title 22, and section*
23   *734(a) of title 31, United States Code. The Task Force may*
24   *reimburse the members of its staff for travel, subsistence,*
25   *and other necessary expenses incurred by them in the per-*

*formance of the duties vested in the Task Force, other than expenses in connection with meetings of the Task Force held in the District of Columbia.*

*(6) Unless otherwise determined by the Task Force the chairman, upon consultation with the ranking Republican member, or the Task Force, may authorize the taking of affidavits, and of depositions pursuant to notice or subpoena, by a Member or by designated staff, under oath administered by a Member or a person otherwise authorized by law to administer oaths. Disposition and affidavit testimony shall be deemed to have been taken in Washington, DC, before the Task Force once filed there with the clerk of the Task Force for the Task Force's use. Depositions shall be deemed to be taken in Executive Session.*

*(7) The Task Force shall be authorized to respond to any judicial or other process, or to make any applications to court, upon consultation with the Speaker consistent with rule L.*

*(8) The Task Force shall provide other committees and Members of the House with access to information and proceedings, consistent with rule XLVIII(7)(c): Provided, That the Task Force may direct that particular matters or classes of matter shall not be made available to any person by its members, staff, or others, or may impose any other restriction. The Task Force may require its staff to enter*

1 *nondisclosure agreements and its chairman, in consultation*
2 *with the ranking Republican member, may require others,*
3 *such as counsel for witnesses, to do so: Provided further,*
4 *That the Task Force shall, as appropriate, provide access*
5 *to information and proceedings to the Speaker, the Majority*
6 *Leader, the Republican Leader, and their appropriately*
7 *cleared and designated staff.*
8     *(9) Authorized expenses of the Task Force for investiga-*
9 *tions and studies, including for the procurement of the serv-*
10 *ices of individual consultants or organizations thereof, and*
11 *for training of staff, shall be paid from the contingent fund*
12 *of the House upon vouchers signed by the chairman and*
13 *approved by the [Speaker]* **Chairman of the Com-**
14 **mittee on House Administration.**
15     *(10) By July 1, 1992, the Task Force shall report to*
16 *the House the status of its investigation. With respect to*
17 *this and any other report of the Task Force, including its*
18 *final report, the report shall be accompanied by supple-*
19 *mental or additional minority views.*
20     *(11) At the conclusion of the existence of the Task Force*
21 *all records of the Task Force shall become the records of*
22 *the Committee on Foreign Affairs except for those records*
23 *relating to intelligence matters which shall, upon the Task*
24 *Force's designation, become the records of the House Perma-*
25 *nent Select Committee on Intelligence.*

House Calendar No. 81

102D CONGRESS
1ST SESSION

# H. RES. 258

[Report No. 102-296, Parts I and II]

# RESOLUTION

Creating a Task Force of Members of the Foreign Affairs Committee To Investigate Certain Allegations Concerning the Holding of Americans as Hostages by Iran in 1980.

NOVEMBER 19, 1991

Reported from the Committee on House Administration with an amendment, referred to the House Calendar, and ordered to be printed