# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 24-344 (CJN) |
| v. | ) ) |
| ELVIS CHAN, in his official capacity, | ) ) |
| Defendant. | ) ) ) |

**JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT**

Counsel for Plaintiff, the Committee on the Judiciary, United States House of Representatives ("Committee"), and counsel for Defendant, Elvis Chan in his official capacity, jointly request a ninety (90) day extension of Defendant's time in which to respond to the complaint in this matter.  The reason for the request is to enable the parties to focus their time and energies on briefing the parties' cross-motions for summary judgment in another matter involving a deposition subpoena pending in this district, *Committee on the Judiciary, United States House of Representatives v. Daly, et al.*, Civil Action No. 24-815 (ACR).  Currently, a response to the complaint whether by pleading or motion is due in this case on April 15, 2024.  Under the terms of the requested extension, the deadline for Defendant's response would fall on Monday, July 15, 2024.  A proposed order accompanies this motion.

March 27, 2024                                    Respectfully submitted,

| | |
|---|---|
| /s/ Matthew B. Berry | BRIAN B. BOYTON |
| Matthew B. Berry (D.C. Bar No. 1002470) | *Principal Deputy Assistant* |
|   General Counsel |    *Attorney General* |
| Todd B. Tatelman (VA Bar No. 66008) | |
|   Deputy General Counsel | BRIAN D. NETTER |
| Bradley Craigmyle (IL Bar No. 6326760) | *Deputy Assistant Attorney General* |
|   Associate General Counsel | |
| Rachel A. Jankowski (D.C. Bar No. 1686346) | /s/ Elizabeth J. Shapiro |
|   Assistant General Counsel | ELIZABETH J. SHAPIRO (DC #418925) |
| | JAMES G. GILLIAN |
| OFFICE OF GENERAL COUNSEL | (D.C. Bar No. 422152) |
| U.S. HOUSE OF REPRESENTATIVES | JULIA A. HEIMAN |
| 5140 O'Neill House Office Building | (D.C. Bar No. 986228) |
| Washington, DC 20515 | INDRANEEL SUR |
| Telephone: (202) 225-9700 | (D.C. Bar No.978017) |
| Matthew.Berry@mail.house.gov | ALEXANDER W. RESAR |
| *Counsel for Plaintiff Committee on the* | (NY Bar No. 5636337) |
| *Judiciary of the U.S. House of Representatives* | |
| | United States Dept. of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, D.C. 20530 |
| | Tel: (202) 514-5302 |
| | Fax: (202) 616-8470 |
| | *Counsel for Defendants* |