IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY,<br>UNITED STATES HOUSE OF<br>REPRESENTATIVES,<br><br>    Plaintiff,<br><br>    v.<br><br>ELVIS CHAN, in his official capacity,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-344 (CJN)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT**

Elvis Chan, in his official capacity, hereby requests a further one-week extension of Defendant's time in which to respond to the complaint in this matter. Currently, Defendant's response is due August 14, 2024. Counsel for Defendant has conferred with counsel for Plaintiff, the Committee on the Judiciary, House of Representatives ("Committee"), who indicated that the Committee does not oppose the relief requested. Good cause supports this request for a third, modest extension of time.

1. The parties to this case have been in active negotiation to explore whether a resolution of a similar matter, *Committee on the Judiciary, United States House of Representatives v. Daly, et al.*, Civil Action No. 24-815 (ACR), might be possible. In order to focus on that negotiation, the parties had jointly sought to extend the deadline to respond to the complaint. *See* Minute Order (April 12, 2024) (granting Jt. Mot., Dkt. 11 (Mar. 27, 2024)). For the same reason, the parties sought a further extension of that deadline, to the current deadline of August 14, 2024. *See* Minute Order (July 12, 2024) (granting Jt. Mot., Dkt. 15 (July 5, 2024)).

2. Defendant now requires a modest extension of one additional week in order to fully prepare its response to the Plaintiff's complaint.

For these reasons, Defendant requests that the court grant its motion for an additional week's extension, to August 21, 2024, to respond to the Plaintiff's complaint.  A proposed order accompanies this motion.

Dated:  August 8, 2024

        Respectfully submitted,

        BRIAN M. BOYNTON
        *Principal Deputy Assistant Attorney General*

        BRIAN D. NETTER
        *Deputy Assistant Attorney General*

        ___*/s/ Alexander W. Resar*___
        ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
        JULIA A. HEIMAN
        ALEXANDER W. RESAR
        U.S. Dept. of Justice, Civil Div.
        Federal Programs Branch
        1100 L Street, NW
        Washington, D.C. 20530
        Tel:  (202) 616-8188
        Email: alexander.w.resar@usdoj.gov

        *Counsel for Defendant*