**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

*Plaintiff,*

v.

ELVIS CHAN, in his official capacity as
Assistant Special Agent of the Federal Bureau
of Investigation,

*Defendant.*

Case No. 1:24-cv-344

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Committee on the

Judiciary, United States House of Representatives, gives notice of its voluntary dismissal of the

above-captioned action against Defendant Elvis Chan without prejudice.  Because Defendant has

not filed an answer to the complaint or a motion for summary judgment, Plaintiff may dismiss

the action without a Court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Matthew B. Berry*
Matthew B. Berry (D.C. Bar No. 1002470)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
   *Deputy General Counsel*
Bradley Craigmyle (IL Bar No. 6326760)
   *Associate General Counsel*
Rachel A. Jankowski (D.C. Bar No. 1686346)
   *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building

Washington, D.C. 20515
Telephone: (202) 225-9700
Email: Matthew.Berry@mail.house.gov

August 15, 2024                    *Counsel for Plaintiff Committee on the Judiciary of*
*the U.S. House of Representatives*